IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
DEC 16 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br><br>Plaintiff<br><br>v.<br><br>GRACO INC.<br>88 11th Avenue Northeast<br>Minneapolis, MN 55413<br><br>ILLINOIS TOOL WORKS INC., and<br>ILLINOIS TOOL WORKS FINISHING LLC,<br>3600 West Lake Avenue<br>Glenview, IL 60026<br><br>Defendants. | Civil Action No. 1:11-cv-02239 RLW<br><br>**FILED UNDER SEAL** |

## MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 22, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned Court, located at 333 Constitution Avenue, N.W., Washington, D.C. 20001, Defendant Graco Inc. ("Graco") will and hereby does move to dismiss the Complaint pursuant to Rules 12(b)(3) and (6) of the Federal Rules of Civil Procedure and 15 U.S.C. § 53(b) and to transfer this action pursuant to 28 U.S.C. §§ 1404(a) or 1406(a) to the United States District Court for the District of Minnesota. Pursuant to Local Rule 7(m) counsel have met and conferred regarding this Motion.

Defendant seeks dismissal of the Complaint based on this Motion, the attached Memorandum of Law, the accompanying declarations, such additional authority and argument as may presented in any Reply and at the hearing on this Motion, and such other matters of which this Court may take judicial notice.

DATED: December 16, 2011

Respectfully submitted,

RICHARD G. PARKER (DCBN 327544)
MICHAEL E. ANTALICS (DCBN 475218)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)

Of Counsel:

JOHN H. HINDERAKER
RICHARD A. DUNCAN
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
(612) 766-1600 (fax)

Attorneys for Graco Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I have caused the foregoing Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and to Transfer Venue to be served by email upon Peter Richman and Mark Schneider of the Federal Trade Commission, 1800 M Street, N.W., Washington, D.C. 20036 and upon Richard Feinstein of the Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580, counsel for Plaintiff; and upon J. Robert Robertson, Hogan Lovells US LLP, 555 13th Street, N.W., Washington, D.C. 20004, counsel for Illinois Tool Works Inc. and Illinois Tool Works Finishing LLC.

_____
COURTNEY C. BYRD (DCBN 999175)
Attorney for Graco Inc.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)